ROBERT C. BURNETT, petitioner for writ of habeas corpus,

*vs.*

A. S. BARRETT.

Cumberland County.    Decided December 13, 1911.    (No record received by the reporter.)    The rescript says:    "The entries made in this case at the law court held in Portland on the 4th Tuesday of June, 1911 were as follows:

"Case and plaintiff's brief in.    30 days for respondent to file brief.    15 days for plaintiff's reply or petition dismissed.    As no brief has been filed by the respondent, and the time in which his brief and the reply were to have been filed, having long since elapsed, the entry must be, dismissed for want of prosecution."